**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ARMONDO L. DOOLEY,**

    **Plaintiff,**

vs.                                                         Case No.: 2:15-cv-2459
                                                                JUDGE SMITH
                                                                Magistrate Judge Deavers

**GARY MOHR,** *ET AL.***,**

    **Defendants.**

## ORDER

       On February 23, 2016, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Defendants' Motion to Dismiss be granted and Plaintiff's Motion for Service of Process of the Writ of Subpoena Duces Tecum be denied as moot.  (*See Order and Report and Recommendation* Doc. 18).  The parties were specifically advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Order and Report and Recommendation*.

       Accordingly, the *Order and Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Defendants' Motion to Dismiss is hereby **GRANTED**.  Plaintiff's Motion for Service of Process of the Writ of Subpoena Duces Tecum is **DENIED AS MOOT**.

       The Clerk shall remove Documents 10 and 18 from the Court's pending motions list.  The Clerk shall close this case.

       **IT IS SO ORDERED**.

                                                                     */s/ George C. Smith*
                                                                     **GEORGE C. SMITH, JUDGE**
                                                                     **UNITED STATES DISTRICT COURT**